UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAMMY SHARI DEPEW

VERSUS

D. ANDREW BEAL, ET AL

CIVIL ACTION NO.

13-560-SDD-SCR

## JUDGMENT

For the written reasons assigned:

JUDGMENT is hereby entered in favor of the Defendants, D. Andrew Beal, LNV Corporation, MGC Mortgage, Inc., Dovenmeuhle Mortgage, Inc., Select Portfolio Servicing, Inc., DLG Mortgage Capital, Inc., Credit Suisse, Lime Financial Services, LLC, Dean Morris, LLP., and Beal Bank, S.S.B., and against Plaintiff, Cammy Shari Depew. Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 28 day of April, 2014.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Doc 1402